### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Richard Lee Green, Jr., | Civil No. 11-3191 (RHK/FLN) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Globe University/Minnesota School of Busniess, | |
| Defendant. | |

_____

Based upon the parties' Stipulation of Dismissal (Doc. No. 10), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  February 14, 2012

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge